JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **COACHELLA VALLEY HOSPITALITY UNITES, a California corporation,**<br><br>          Plaintiff,<br><br>    v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of California, *et al*.;**<br><br>          Defendants. | Case No. ED CV 21-00366-JFW-PVCx<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss (ECF No. 33), IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated: July 19, 2021

The Honorable John F. Walter

1